CERAMICA REGIOMONTANA, S.A., CERAMICAS Y PISOS INDUSTRIALES DE CULIACAN, S.A., AND INDUSTRIAS INTERCONTINENTAL, S.A., PLAINTIFFS *v.* UNITED STATES, DEFENDANT

Court No. 88–05–00394

(Dated May 19, 1992)

## AMENDED JUDGMENT

MUSGRAVE, *Judge:* The Court, on its own initiative, hereby amends its Judgment of May 15, 1992, to state:

This case having been duly submitted for decision, and the Court, after due deliberation, having rendered a decision herein; now, in conformity with said decision,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED: That Count One of plaintiffs complaint is dismissed for failure to exhaust administrative remedies; and it is further

ORDERED, ADJUDGED AND DECREED: The case is remanded to the ITA to recalculate the countervailing duty rate for Ceramica Regiomontana, S.A., Industrias Intercontinental, S.A., and all other firms without specified individual rates, based on a weighted average of all companies investigated, including those whose individual rates are *de minimis* or zero or otherwise significantly different from the resulting country-wide rate; it is further

ORDERED, ADJUDGED AND DECREED: That the ITA shall file with the Court a report of the results of remand in this case no later than sixty days from the date of this Amended Judgment.

792 F. Supp. 823

G. HEILEMAN BREWING CO., INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 86–11–01447

(Dated May 19, 1992)

## AMENDED ORDER

NEWMAN, *Senior Judge:* The Opinion and Order issued in this matter on May 18, 1992 is hereby amended as follows:

ORDERED that plaintiff shall submit to defendant within 10 days of notice of entry of this Amended Order a Stipulated Judgment on Agreed Statement of Facts, and it is further;

ORDERED that the period of time within which this action is to remain on the Suspension Disposition Calendar shall expire 90 days from entry of this Amended Order.